IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

DESMOND THOMAS,                          *

          Plaintiff,               *

v.                                         Case No.   1:25-CV-167 (LAG)

                               *

WARDEN JACKSON, *et al.*,                 *

          Defendants.              *

_____

## J U D G M E N T

Pursuant to this Court's Order dated April 14, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of April, 2026.

                           David W. Bunt, Clerk

                           s/ Michelle Paschal, Deputy Clerk